Everett Dale Phillips, Appellee, v. Decatur Checker Cab Company, Inc., and Harry Price, Appellants.

Gen. No. 9,708.

F. R. Wiley and Jenkins, Olsen & Cantrill, for appellants; Herbert L. Cantrill, of counsel; Carl R. Miller, for appellee; Jerald E. Jackson, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed November 2, 1950; rehearing denied December 26, 1950; released for publication December 26, 1950.

Herman Benning, Appellee, v. Frank Niehaus, Appellant.

Gen. No. 9,715.

Omer Poos, for appellant; Kinder & Dey, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed November 2, 1950; rehearing denied December 28, 1950; released for publication December 28, 1950.

People of State of Illinois, Defendant in Error, v. Clyde Coultas, Plaintiff in Error.

Gen. No. 9,729.

Schimmel & Schimmel, for plaintiff in error; Richard E. Mann, for defendant in error. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed November 17, 1950; released for publication December 13, 1950.

Alfred Leeb and Robert Emanuel, Appellees, v. John Du Melle et al., Appellants.

Gen. No. 44,938.